JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICANOR RODRIGUEZ, | NO. SDCV 09-01504 VBF (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| GARY SANDOR, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Granting Petitioner's Motion to Dismiss Petition Without Prejudice,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: February 11, 2010

*Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE